**STATE of Missouri, Respondent,**

v.

**Mark A. MORGAN, Appellant.**

**No. 48208.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 30, 1984.

William J. Shaw, Public Defender, Clayton, for appellant.

John Munson Morris, Asst. Atty. Gen., John D. Ashcroft, Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant was convicted by a jury of first degree assault and sentenced to imprisonment in accordance with the jury verdict. He appeals, claiming error in the admission of a weapon into evidence. The judgment is affirmed pursuant to Rule 30.-25(b).